ACCEPTED
03-15-00441-CV
6144191
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/20/2015 4:39:11 PM
JEFFREY D. KYLE
CLERK



**Law Offices of Ryan Henry, PLLC**

1380 Pantheon Way, Ste. 203
San Antonio, TX 78232
(210) 257-6357
FAX (210) 569-6494
ryan.henry@rshlawfirm.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/20/2015 4:39:11 PM
JEFFREY D. KYLE
Clerk

July 20, 2015

Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

Re: Seminar/Vacation Notice
*Youth Empowerment Service, Inc. d/b/a Higgs Carter King Gifted and Talented Charter Academy v Texas Education Agency and Michael Williams in his Official Capacity as the Commissioner of Education,* Cause No. D-1-GN-15-001090

Dear 53rd Judicial District Court,

I am the attorney for Youth Empowerment Services Inc. d/b/a Higgs Carter King Gifted and Talented Charter Academy. I have two scheduled vacations; One on August 8th-15th, 2015. Further, on September 23rd – 26th, 2015 I will be at a Seminar for the Texas City Attorneys Association Fall Conference. I will be unavailable for court on the aforementioned dates. I respectfully request that you do not schedule any hearings or matters for those dates. Should you have any questions or concerns, please do not hesitate to contact me.

Very Truly Yours,

Ryan Henry

Page 1 of 1